UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AQUAVITA INTERNATIONAL S.A.,

            Plaintiff,

- against -

HATHAWAY TRADING LIMITED,
a/k/a HATAWAY TRADING LTD.
            Defendant.
------------------------------------------------------------X

07 CIV 8440

ECF CASE

JUDGE HAIGHT

RECEIVED SEP 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: September 28, 2007
New York, NY

The Plaintiff,
AQUAVITA INTERNATIONAL S.A.

By: _Claurisse Campanale-Orozco_
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com